# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ESPARZA,<br>        Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br>        Respondent. | NO. CV 22-02945 ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the First Amended Petition is DISMISSED as untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: July 6, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE