JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GERMAN ESPARZA,** | ) | **NO. CV 22-02945 ODW (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **KEN CLARK, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  July 6, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE